Louis T. Lehmeyer, Respondent, *v.* Moses H. Moses, Appellant.

*Lehmeyer* v. *Moses*, 67 App. Div. 531, affirmed.
(Argued March 2, 1903; decided March 17, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 27, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Edmund L. Mooney* and *Frederick A. Card* for appellant.

*E. Ritzema De Grove* for respondent.

Judgment affirmed, with costs, on opinion of Ingraham, J., below.

Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Cullen and Werner, JJ. Absent: Gray, J.

---

Mary L. Crawford, Appellant, *v.* The City of New York, Respondent.

*Crawford* v. *City of New York*, 68 App. Div. 107, affirmed.
(Argued March 2, 1903; decided March 17, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Lyman A. Spalding* and *John P. East* for appellant.

*George L. Rives*, Corporation Counsel (*Terence Farley* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Cullen and Werner, JJ. Absent: Gray, J.